UTE COPPER CO., Appellant, v. BINGHAM AMALGAMATED COPPER CO. (Circuit Court of Appeals, Eighth Circuit. August 21, 1911.) No. 3,564. Appeal from the Circuit Court of the United States for the District of Utah.

† Rehearing denied December 26, 1911.

For opinion below, see 181 Fed. 748. Charles C. Dey and A. L. Hoppaugh, for appellant. Young & Snow, for appellee.

PER CURIAM. Dismissed, without costs to either party in this court, per stipulation.